UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID KLUCKA, | Case No. 2:15-CV-2277 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| ROY L. NELSON, | |
| Defendant(s). | |

Presently before the court are the report and recommendation of Magistrate Judge Foley. (ECF No. 2). No objections were filed, and the deadline for filing objections has passed.

Magistrate Judge Foley recommended that plaintiff's complaint be dismissed with prejudice for failure to state a claim upon which relief can be granted.

This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's findings and recommendation, then the court is required to "make a de novo determination of those portions of the report and recommendation to which objection is made." 28 U.S.C. § 636(b)(1).

Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna–Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003)

**James C. Mahan**
**U.S. District Judge**

1  (reading the Ninth Circuit's decision in *Reyna–Tapia* as adopting the view that district courts are
2  not required to review "any issue that is not the subject of an objection.").  Thus, if there is no
3  objection to a magistrate judge's recommendation, then this court may accept the recommendation
4  without review.  *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a
5  magistrate judge's recommendation to which no objection was filed).

6  Nevertheless, this court finds it appropriate to engage in a *de novo* review to determine
7  whether to adopt the recommendation of the magistrate judge.  Upon reviewing the
8  recommendation and underlying briefs, this court finds good cause to ADOPT the magistrate
9  judge's findings in full.

10  Accordingly,

11  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the report and
12  recommendation of Magistrate Judge Foley (ECF No. 2), are ADOPTED in their entirety.

13  IT IS FURTHER ORDERED that plaintiff's complaint (ECF No. 1-1) is DISMISSED with
14  prejudice.

15  The clerk is instructed to enter judgment accordingly and close the case.

16  DATED May 23, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**